# In the United States Court of Federal Claims

No. 20-1207C
(Filed February 19, 2021)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
SEAON ENVIRONMENTAL, LLC,        *
                                 *
        Plaintiff,               *
                                 *
   v.                            *
                                 *
THE UNITED STATES,               *
                                 *
        Defendant,               *
                                 *
   and                           *
                                 *
                                 *
KANTO KOSAN, CO., LTD.,          *
                                 *
        Defendant-Intervenor.    *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

As discussed at today's status conference, the parties may file supplemental briefs discussing how the indictment of Kanto Kosan's officers may bear on this case, any basis for the Court's consideration of the indictment, and the propriety of injunctive relief at this time, per the following schedule:

- On or by **Wednesday, March 3, 2021**, plaintiff shall file its supplemental brief; and
- **on or by Wednesday, March 17, 2021**, defendant and intervenor may each file a supplemental brief in response.

**IT IS SO ORDERED.**

                                                                    s/ Victor J. Wolski
                                                                    **VICTOR J. WOLSKI**
                                                                    Senior Judge