# In the United States Court of Federal Claims

No. 20-1207C
(Filed April 1, 2021)

```
* * * * * * * * * * * * * * * * *
                                  *
                                  *
                                  *
SEAON ENVIRONMENTAL, LLC,         *
                                  *
          Plaintiff,              *
                                  *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant,              *
                                  *
      and                         *
                                  *
                                  *
KANTO KOSAN, CO., LTD             *
                                  *
          Defendant-Intervenor.   *
                                  *
                                  *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court has reviewed plaintiff's unopposed motion to voluntarily dismiss this case, ECF No. 41, and, finding the terms proper, hereby **GRANTS** the motion. Thus, the case is dismissed with prejudice pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge